# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 29 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| USA<br>*Plaintiff* | §<br>§<br>§ |
| vs. | § Case Number: SA:17-CR-00385(1)-FB<br>§ |
| (1) Christopher Michael Suniga<br>*Defendant* | §<br>§ |

## ORDER SETTING IN-PERSON PRELIMINARY REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **09:30 AM, in Courtroom C, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on Thursday, August 12, 2021.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **29th day of July, 2021.**

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE